UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CONTINENTAL FENCE COMPANY, a California general partnership; GERARDO LOPEZ, an individual and as a partner doing business as Continental Fence Company; CARLOS DIAZ LOPEZ, individually and as a partner doing business as Continental Fence Company; ENRIQUE RAUL LOPEZ, individually and as a partner doing business as Continental Fence Company; and CONTINENTAL FENCE COMPANY, a California corporation,<br><br>　　　　　　　Defendants. | Case No. CV 99-8747 FMC (MANx)<br><br>~~[PROPOSED] ORDER FOR~~ RENEWAL OF JUDGMENT BY CLERK<br><br>[NO HEARING REQUIRED] |

　　Judgment having been entered on March 3, 2000 in favor of Plaintiff/Judgment Creditor, AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., a California corporation, the plan administrator, fiduciary and agent for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST

-1-

1  FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR
2  SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND
3  FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY
4  ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, and LABORERS CONTRACT
5  ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter
6  "TRUST FUNDS") and against Judgment Debtors, CONTINENTAL FENCE
7  COMPANY, a California corporation, and GERARDO LOPEZ, an
8  individual doing business as "CONTINENTAL FENCE COMPANY," jointly
9  and severally (hereinafter collectively "DEBTORS") in the sum of
10 $30,222.21 and subsequently renewed on October 17, 2007 in the sum
11 of $35,153.51 ("JUDGMENT").

NOW, upon Application for Renewal of Judgment by TRUST FUNDS and upon declaration showing that DEBTORS have failed to satisfy the total amount of said JUDGMENT and are indebted to TRUST FUNDS.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the money Judgment against DEBTORS is renewed in the amount of $47,396.32 as follows:

| | | | |
|---|---|---|---|
| a. | Total JUDGMENT . . . . . . . . . . . . . . | $ | 35,153.51 |
| b. | Costs after JUDGMENT . . . . . . . . . | $ | 0.00 |
| c. | Interest after JUDGMENT computed through June 5, 2013 at 6.18% accruing at $5.95 per day . . . . . . | $ | 12,242.81 |
| d. | Subtotal . . . . . . . . . . . . . . . . | $ | 47,396.32 |
| e. | Less credits after JUDGMENT . . . . | ($ | 0.00) |
| f. | Total Renewed Judgment . . . . . . . | $ | 47,396.32 |

DATED: 6/12/2013

Joseph Remigio, Deputy
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA