|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., a California corporation, | CASE NO.: CV 99-8747 FMC (MANx) |
| --- | --- |
| Plaintiff, | **RENEWAL OF JUDGMENT BY CLERK** |
| vs. | [NO HEARING SCHEDULED] |
| CONTINENTAL FENCE COMPANY, a California general partnership; GERARDO LOPEZ, an individual and as a partner doing business as Continental Fence Company; CARLOS DIAZ LOPEZ, individually and as a partner doing business as Continental Fence Company; ENRIQUE RAUL LOPEZ, individually and as a partner doing business as Continental Fence Company; and CONTINENTAL FENCE COMPANY, a California corporation, | |
| Defendants. | |

Judgment having been entered on March 3, 2000 in the sum of $30,222.21, renewed on October 17, 2017 in the sum of $35,153.51, and subsequently renewed again on June 13, 2013 in the sum of $47,396.32, in favor of Plaintiff/Judgment Creditor, AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., a California

#344586.1

1

corporation, the plan administrator, fiduciary and agent for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter TRUST FUNDS) and against Judgment Debtors, CONTINENTAL FENCE COMPANY, a California corporation ("CONTINENTAL"), and GERARDO LOPEZ, an individual doing business as "CONTINENTAL FENCE COMPANY" ("LOPEZ"), jointly and severally (hereinafter collectively "DEBTORS"), ("JUDGMENT").

NOW, upon Application for Renewal of Judgment by TRUST FUNDS and upon declaration showing that DEBTORS have failed to satisfy the total amount of said JUDGMENT and are indebted to TRUST FUNDS.

Abstracts of Judgment have been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Fresno | #2008-0004270 | January 14, 2008 |
| Fresno | #20130106721 | July 29, 2013 |
| Los Angeles | #20091555410 | October 14, 2009 |
| Los Angeles | #20131292994 & 995 | September 4, 2013 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the money Judgment against DEBTORS is renewed in the amount of $65,651.53 as follows.

    a.    Total JUDGMENT ........................................................$ 47,396.32
    b.    Costs after JUDGMENT ..............................................$ 0.00
    c.    Interest after JUDGMENT computed from

  June 13, 2013 to September 26, 2018 at 6.18%
  accruing at $11.11 per day.................................. $ 18,255.21

 d. Less credits after JUDGMENT .....................($ 0.00)

 e. Total Renewed Judgment ............................$ 65,651.53


DATED: 10/16/18       B. Moss  _/s/_____
              Deputy CLERK OF THE COURT