UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., a California corporation,<br><br>                Plaintiff,<br><br>    vs.<br><br>CONTINENTAL FENCE COMPANY, a California general partnership; GERARDO LOPEZ, an individual and as a partner doing business as Continental Fence Company; et al.,<br><br>                Defendants. | CASE NO.: 2:99-cv-08747 FMC-MAN<br><br>**FOURTH RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

On March 3, 2000 judgment was entered [docket no. 14], renewed on October 17, 2007 [docket no. 21], then renewed on June 13, 2013 [docket no. 28] and subsequently renewed on October 17, 2018 [docket no. 35] ("Judgment") in favor of Plaintiff, AMERICAN BENEFIT PLAN ADMINISTRATORS, INC. ("ABPA"), a California corporation, as plan administrator, fiduciary and agent for collection to the AMERICAN BENEFIT PLAN ADMINISTRATORS, INC., a California corporation, as plan administrator, fiduciary and agent for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA,

CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA,  (collectively "JUDGMENT CREDITOR") and against Judgment Debtors, CONTINENTAL FENCE COMPANY, a California corporation ("CONTINENTAL"), and GERARDO LOPEZ, an individual doing business as CONTINENTAL FENCE COMPANY ("LOPEZ"), jointly and severally.

A Judgment Lien has been filed with the California Secretary of State on December 16, 2021, Instrument #U210110887124.

Abstracts of Judgment were recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Fresno | #2008-0004270 | January 14, 2008 |
| Los Angeles | #20091555410 | October 14, 2009 |

Applications For and Orders for Renewal of Judgment have been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Fresno | #2013-0106721 | July 29, 2013 |
| Los Angeles | #20131292994 & 995 | September 4, 2013 |
| Fresno | #2018-138685 & 686 | November 15, 2018 |
| Los Angeles | #2018-1260647 & 648 | December 12, 2018 |

**NOW, upon application of the JUDGMENT CREDITOR**:

The money Judgment against DEBTOR is renewed in the amount of $88,620.05 as follows:

    a.    Total JUDGMENT ...................................................$ 65,651.53

    b.    Costs after JUDGMENT.............................................$      0.00

#485749.1

| | | | |
|---|---|---|---|
| c. | Interest after JUDGMENT computed from October 17, 2018 to October 18, 2023 at 6.18% accruing at $15.00 per day……………………………… | | $ 22,968.52 |
| d. | Less credits after JUDGMENT ................................... | ($ | 0.00) |
| e. | **Total Renewed Judgment** ........................................ | | **$ 88,620.05** |

DATED: November 8, 2023

*Sharon Hall Brown*
_____
CLERK OF THE COURT

#485749.1

3